# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIED PROGRESS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-0592 (DLF) |
| ) | |
| CONSUMER FINANCIAL PROTECTION ) | |
| BUREAU, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY ELIZABETH FRANCE

Elizabeth France respectfully withdraws her appearance for Plaintiff in this matter. Plaintiff will continue to be represented by all other counsel who have entered appearances on their behalf. *See* Decl. of Katherine M. Anthony, Ex. A.

Dated: October 23, 2019

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org