UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED PROGRESS,** )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**CONSUMER FINANCIAL** )<br>**PROTECTION BUREAU,** )<br> )<br>Defendant. )<br> ) | Civil Action No. 19-0582 (DLF) |

## DECLARATION OF KATHERINE M. ANTHONY

I, KATHERINE M. ANTHONY, hereby declare as follows:

1. I am an attorney of record for Plaintiff American Oversight in the above-captioned action.

2. On March 7, 2019, I was admitted to appear *pro hac vice* in this matter while my application for membership to the Bar of the District of Columbia was pending. My *pro hac vice* application was based on my membership in good standing of the Bar of Massachusetts (BBO No. 685150), and my supervision by a member of the District of Columbia Bar.

3. Subsequently, on June 17, 2019, my application for admission to the Bar of the District of Columbia was granted, and then, on August 5, 2019, I was sworn in to the bar of this Court.

4. Accordingly, I am duly admitted to this Court and qualified to represent Plaintiff American Oversight in this action.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   October 23, 2019                                            _____
                                                                                    Katherine M. Anthony